# Exhibit 2

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| Claim 1.1 A content recognition and data categorization system comprising: one or more databases coupled via a network; and | As highlighted below, the Myntra Mobile App empowered by ViSenze AI services accessed over a network ViSenze's AI-powered visual search platform provides content recognition (e.g., multimodal search) and categorization for product search. The platform also discloses a database (e.g., a reference database) that includes all images associated with a product for search and matching purposes. These images are uploaded by different business (for e.g. Myntra or other third-party platforms). Additionally, Myntra uses ViSenze's product discovery platform to support visual search and recommendations across Myntra's catalog. The system necessarily includes catalog/product databases coupled over a network to ViSenze's AI platform and Myntra user devices. Further, as noted below, the accused system—namely, the Myntra mobile application—operates as a content recognition and data categorization platform comprising client-side user devices, application servers, and AI-driven backend services empowered by ViSenze. This integrated system is commercially deployed and actively used by customers in the United States to upload images, browse, identify, and purchase products across multiple item categories. The users in the United States can download and access the app from the Apple App store & Google Play Store. **Product Related Information Below:** |

1

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  The Myntra platform offers a wide range of 6000+ leading fashion and lifestyle brands in the country such as H&M, Levis, U.S. Polo Assn., Tommy Hilfiger, Louis Philippe, Jack & Jones, MANGO, Forever 21, Marks & Spencer, W, Biba, Nike, Puma, Crocs, M.A.C, and Fossil and many more.<br><br>For driving complementary product recommendations, Myntra's 'Shop the Look' leverages ViSenze to automatically showcase more products from the model images supporting AOV growth. |

2

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **How did ViSenze help Myntra**<br><br>ViSenze enables Myntra to deliver a quick, seamless, and engaging search experience for its customers to find relevant products.<br><br>By allowing Myntra's customers to find what they want faster using a photo, saved image, or screenshot, AI-powered Smart Visual Search helped Myntra unlock more revenue.<br><br>In addition to a quicker product discovery process, Myntra leverages ViSenze's Discovery Suite to power its 'View Similar' carousel to curate a collection of similar items based on visual attributes like the style or color of the item end-users are looking at. This also supports better conversion when certain products are out of stock hence increasing revenue per user.<br><br>https://www.visenze.com/wp-content/uploads/2023/10/ViSenze-Case-Study-Myntra.pdf |

3

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://apps.apple.com/us/app/myntra-fashion-shopping-app/id907394059 |

4

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | With ViSenze's multimodal search (keyword, semantic text, image, lens, shopping assistant) you can enable a search that truly understands your shoppers' queries. Now, deliver precise and relevant search results for your shoppers, every time, and in any way. See your conversions increase like never before! <br><br> https://www.visenze.com/discovery-suite/modules/multi-search/ <br><br> We build up a 'reference database' of images of products from various sources – we call images in the reference database 'reference images'. <br><br> The sources include businesses that provide images to us to add to our reference database to use in providing our visual search and recognition services.  The sources also include business that provide us with images so that we can provide annotation and tagging services. <br><br> Some reference images may include an individual, such as a model in a clothing catalogue or an actor in a video.  If so, that individual is a 'reference image data subject'. <br><br> https://www.visenze.com/privacy-policy/ |
| Claim 1.2 a computing system having a non-transitory computer-readable medium comprising code, the computing system having one or more processors coupled to the one or | As evidenced by ViSenze's official customer case studies and platform documentation, the Myntra app integrates ViSenze's AI-powered visual search and discovery platform on the backend. <br> ViSenze operates a cloud-based computing system in which stored program instructions are executed by one or more processors to provide AI-powered visual search and recommendation services. ViSenze's backend services run on processor-based cloud infrastructure (e.g., Kubernetes Engine and Compute Engine) and are coupled over a network to centralized databases and data pipelines. The system executes software instructions in response to network requests received via SDKs and APIs, thereby satisfying the requirement of a computing system executing code from a non-transitory computer-readable medium. The system includes one or more |

5

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| more databases over the network, wherein instructions are executed by the computing system to perform: | processors that execute AI and machine-learning instructions for visual recognition, feature extraction, similarity matching, and ranking.<br><br>**Product Related Information Below:**<br><br>**How did ViSenze help Myntra**<br><br>ViSenze enables Myntra to deliver a quick, seamless, and engaging search experience for its customers to find relevant products.<br><br>By allowing Myntra's customers to find what they want faster using a photo, saved image, or screenshot, AI-powered Smart Visual Search helped Myntra unlock more revenue.<br><br>In addition to a quicker product discovery process, Myntra leverages ViSenze's Discovery Suite to power its 'View Similar' carousel to curate a collection of similar items based on visual attributes like the style or color of the item end-users are looking at. This also supports better conversion when certain products are out of stock hence increasing revenue per user.<br><br>https://www.visenze.com/wp-content/uploads/2023/10/ViSenze-Case-Study-Myntra.pdf |

6

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  | With Google Cloud, ViSenze has created a data platform that can ingest and process 500 million records per day and store data for up to one year, while giving non-technical team members the ability to generate detailed, insightful reports. **Google Cloud results** - Reduced data infrastructure and management costs by 50% - Scaled analytics data warehouse without incurring downtime - Enabled non-technical team members to create detailed reports AI, deep learning, and image recognition is transforming the shopping experience. These technologies enable consumers to use product images or screenshots rather than text to search for similar products. This improves the customer experience provided by ecommerce businesses and enables retailers with online and offline outlets to provide a genuine omnichannel experience. Visual commerce provider ViSenze is helping some of the world's leading retailers improve conversion rates through image-based search. With BigQuery, processes 500 million records per day and stores up to one year's worth of data for analysis **ViSENZE** **About ViSenze** ViSenze is the world's smartest product discovery platform. Retailers like ASOS, H&M, Rakuten, Zalora, Meesho, DFS, and EyeBuyDirect trust ViSenze to power their product discovery. ViSenze processes over a billion queries a month from retailers, supporting them in-store and on ecommerce sites. Use cases range from enhanced search, product tagging, smart recommendations and merchandising analytics. ViSenze's automated AI platform empowers retail merchants to increase revenue by delivering exceptional experiences that make it easier for shoppers to discover products. - Gartner Hype Cycle for Retail Technologies 2021 https://cloud.google.com/customers/visenze |

7

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Unified Multimodality Experience** Our AI-powered platform seamlessly integrates search and recommendations into one fluid experience, providing a truly immersive shopping journey. **Cutting-Edge AI and Machine Learning** Our state-of-the-art AI engine has been extensively trained over a decade on hundreds of millions of products. Combine this with the latest LLMs, you have a powerful engine that can seamlessly boost the shopping experience and enhance conversions! https://www.visenze.com/discovery-suite/modules/smart-recommendations/ **4 APIs and Tools** One or more APIs will be available to Customer to assist with Customer's implementation of Connections, and ViSenze makes client libraries available to facilitate Customer's coding against the API(s). In addition, Authorized Users may install a ViSenze-produced software agent on certain Customer Components to support Customer's collection of Customer Data. The code for these libraries and agents (collectively, "Ancillary Tools") are available in public repositories at https://github.com/visenze and are subject to the applicable open source licenses referenced in those repositories. Customer determines and controls what APIs and Ancillary Tools (if any) to use in connection with the Services. By using an API or Ancillary Tool in connection with the Services, Customer hereby agrees to do so in accordance with the terms of this Agreement. https://www.visenze.com/legal-ds-shopify-agreement/ |

8

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Catalog Manager**<br><br>**Easily manage data from all existing sources**<br><br>Catalog Manager is a centralized source for all your product data. Quickly connect and synchronize your data from all existing sources, adapt it for all schema types and make it usable everywhere.<br><br>Learn More<br><br>**Smart Recommendations**<br><br>**Show the most relevant products**<br><br>Make recommendations based on what your shoppers are seeing. Immediately increase cross-sell and up-sell opportunities for increased revenue impact with visual AI-powered Smart Recommendations.<br><br>Learn More<br><br>https://www.visenze.com/discovery-suite/ |
| Claim 1.3 maintaining a database of the one or more databases on a server in communication with one or more third party content provider computing device systems and one or more user computing device systems, | As highlighted below, In the Myntra app implementation, product content is supplied by third-party systems into ViSenze's databases, while Myntra user devices communicate with the same server infrastructure to submit queries and receive results.<br><br>Myntra's product catalog is processed by ViSenze and made available to user devices through visual search and recommendation interfaces. Myntra users submit image-based inputs and receive relevant products.<br><br>ViSenze maintains centralized catalog and reference databases on backend servers that are integrated with third-party content provider computing systems, including ecommerce platform and seller systems. These server-maintained databases are accessed by user computing devices through search and recommendation requests.<br>**Product Related Information Below:** |

9

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **How did ViSenze help Myntra** ViSenze enables Myntra to deliver a quick, seamless, and engaging search experience for its customers to find relevant products. By allowing Myntra's customers to find what they want faster using a photo, saved image, or screenshot, AI-powered Smart Visual Search helped Myntra unlock more revenue. In addition to a quicker product discovery process, Myntra leverages ViSenze's Discovery Suite to power its 'View Similar' carousel to curate a collection of similar items based on visual attributes like the style or color of the item end-users are looking at. This also supports better conversion when certain products are out of stock hence increasing revenue per user. https://www.visenze.com/wp-content/uploads/2023/10/ViSenze-Case-Study-Myntra.pdf |

10

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
| --- | --- |
| |  |

11

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/catalog-manager/ |
| Claim 1.4 storing a plurality of user profiles, each user profile being unique and being associated with a first unique user entity accessible by the one or more user computing device systems, wherein at least one first unique | As highlighted below, Myntra App maintains persistent user profiles comprising unique user identifiers and personal information such as email, phone, and address data. ViSenze's platform further associates brand metadata indexed as brand identifiers in product search APIs with user interaction history, satisfying the association of brand information with user profiles either directly or by inference from behavioral signals. Further, Myntra stores user account/profile data and personal information. Myntra's platform supports access through user accounts, and its marketplace includes products from many brands. Further, the app stores other information such as usage history or browsing data representing brand identifiers, which are selected and associated with the user through user interactions with brand-specific content, searches, filters, and purchases. These brand identifiers are maintained within the content recognition and data categorization system and used to personalize visual search results and recommendations delivered to the |

12

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| user profile comprises personal information related to a first unique user and information representing at least one brand identifier of the first unique user that have been selected to be associated with the first unique user on the content recognition and data categorization system, | user.<br><br>**Product Related Information Below:**<br><br><br><br>https://apps.apple.com/us/app/myntra-fashion-shopping-app/id907394059 |

13

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  | In the event of a device being associated with multiple logins or sign ups, as a measure to enhance customer's security and privacy as well as safeguarding your sensitive information for any potential risks, Myntra sometimes consider moderating users and their association with devices while using the Myntra app or website. |
|  | Your mobile phone number is treated as Your primary identifier on the Platform. It is your responsibility to ensure that Your mobile phone number and your email address is up to date on the Platform at all times. You agree to notify Us promptly if your mobile phone number or e-mail address changes by updating the same on the Platform through an OTP verification. You agree that Myntra shall not be liable or responsible for the activities or consequences of use or misuse of any information that occurs under Your account in cases, including, where You have failed to update Your revised mobile phone number and/or e-mail address on the Platform. You agree to immediately notify Myntra of any unauthorized use/breach of your password or account. |
|  | 4. You consent to share your name and contact details with the seller or brand to facilitate this service in accordance with the Privacy Notice. You may be required to share some additional personal data directly with the seller, Myntra shall not be responsible for any use or handling of your additional personal data shared with the seller or brand, and you acknowledge that such sharing is necessary for the fulfillment of the service. You should exercise caution before sharing any additional information with the seller. |
|  | https://www.myntraglobal.com/pages/terms-of-use |
|  | • *Marketing and User Experience:* To the extent we use your data for marketing, you have the option to opt-out. We also conduct research and surveys to improve our offerings and may ask for additional demographic and profile data, which is entirely voluntary to provide. This includes attributes like your interests, household or lifestyle information, purchasing behaviour, and preferences. We use this data to tailor your experience at our Platform, providing you with content that we think you might be interested in and to display content according to your preferences. |
|  | https://www.myntra.com/privacypolicy |
|  | **Easy to fine-tune**<br>Our AI technology draws on product meta-data to generate the most accurate and helpful results. Simple customizations let retailers:<br>▶ Show products in a certain price range<br>▶ Boost products from specific brands<br>▶ Hide out-of-stock products |
|  | https://www.visenze.com/why-visenze/ |

14

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| Claim 1.5 the server adapted to access the database and to receive inputs, including from the one or more user computing devices systems; | Myntra users provide image-based inputs to the ViSenze-powered Smart Visual Search system. The server accesses the catalog database and returns relevant product results. In the backend Myntra app implementation, user devices communicate with ViSenze-powered backend services over a network, where the servers retrieve data from the catalog database and process user-submitted inputs to generate search and recommendation results. The same server infrastructure is further adapted to receive inputs over a network, including search queries, image uploads, and interaction data transmitted from user computing device systems running the Myntra mobile application. Upon receipt of such inputs, the server accesses the database to perform visual search and discovery operations.<br><br>**Product Related Information Below:**<br><br>### How did ViSenze help Myntra<br><br>ViSenze enables Myntra to deliver a quick, seamless, and engaging search experience for its customers to find relevant products.<br><br>By allowing Myntra's customers to find what they want faster using a photo, saved image, or screenshot, AI-powered Smart Visual Search helped Myntra unlock more revenue.<br><br>In addition to a quicker product discovery process, Myntra leverages ViSenze's Discovery Suite to power its 'View Similar' carousel to curate a collection of similar items based on visual attributes like the style or color of the item end-users are looking at. This also supports better conversion when certain products are out of stock hence increasing revenue per user. |

15

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/wp-content/uploads/2023/10/ViSenze-Case-Study-Myntra.pdf |

16

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  |  https://www.visenze.com/discovery-suite/modules/multi-search/ |

17

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/catalog-manager/ |

18

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |

https://cloud.google.com/customers/visenze |
| Claim 1.6 collecting one or more captured content in different formats from the one or more third-party content provider computing device systems by one or more content search queries for the one or more captured content available on the internet or by receiving shared | Myntra collects captured content in different formats through user image search and through catalog content supplied to the ViSenze Discovery Suite.

The Myntra App collects one or more captured content in different formats, including images, text inputs, and structured product data. Such content is collected from third-party content provider computing device systems, including Myntra's ecommerce and merchant platforms, both in response to user-initiated content search queries submitted via the Myntra mobile application and through direct receipt and synchronization of shared product content. This collection occurs over network connections to content available on the internet and through server-to-server content sharing.

As highlighted below, ViSenze's AI-powered Discovery Suite collects captured content in multiple formats, |

19

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| content by the one or more third-party content provider computing device systems; | including images, text, and catalog metadata, from third-party content provider computing systems. The system collects such content either in response to content search queries (e.g., text-based, image-based, or multimodal queries) or through direct ingestion of shared content from third-party catalog and merchant systems integrated with the platform.<br><br>**Product Related Information Below:**<br><br>**How did ViSenze help Myntra**<br><br>ViSenze enables Myntra to deliver a quick, seamless, and engaging search experience for its customers to find relevant products.<br><br>By allowing Myntra's customers to find what they want faster using a photo, saved image, or screenshot, AI-powered Smart Visual Search helped Myntra unlock more revenue.<br><br>In addition to a quicker product discovery process, Myntra leverages ViSenze's Discovery Suite to power its 'View Similar' carousel to curate a collection of similar items based on visual attributes like the style or color of the item end-users are looking at. This also supports better conversion when certain products are out of stock hence increasing revenue per user. |

20

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/wp-content/uploads/2023/10/ViSenze-Case-Study-Myntra.pdf |

21

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/multi-search/ |

22

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | <br><br>https://www.visenze.com/discovery-suite/modules/catalog-manager/ |
| Claim 1.7 storing the one or more captured content in the database; | As highlighted below, In the Myntra app, the stored content is accessed repeatedly by visual search and recommendation modules to serve discovery results to user.<br>Myntra's growing catalog and inventory are processed by ViSenze to showcase similar and complementary products. ViSenze Catalog Manager supports synchronized product data storage for discovery modules.<br><br>ViSenze stores and uses Myntra catalog content to power View Similar and Shop the Look. These features require persistent product image and metadata storage.<br><br>**Product Related Information Below:**<br><br>Also, Myntra's Gen Z users who look for style inspiration from influencers and celebrities can do it easily across the Myntra catalog with the image search feature. Given the need for instant gratification, the speed, accuracy, and scale provided by the ViSenze platform help support Myntra's competitive advantage. |

23

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **How did ViSenze help Myntra** <br><br> ViSenze enables Myntra to deliver a quick, seamless, and engaging search experience for its customers to find relevant products. <br><br> By allowing Myntra's customers to find what they want faster using a photo, saved image, or screenshot, AI-powered Smart Visual Search helped Myntra unlock more revenue. <br><br> In addition to a quicker product discovery process, Myntra leverages ViSenze's Discovery Suite to power its 'View Similar' carousel to curate a collection of similar items based on visual attributes like the style or color of the item end-users are looking at. This also supports better conversion when certain products are out of stock hence increasing revenue per user. |

24

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/wp-content/uploads/2023/10/ViSenze-Case-Study-Myntra.pdf |

25

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Easily integrated with your ecommerce ecosystem**<br><br>Catalog Manager seamlessly integrates with your existing tools to create a centralized source of information. Any updates you make are automatically reflected in the Discovery Suite in real-time.<br><br>▶ Ecommerce platform<br>▶ Product information management system<br>▶ Digital asset management platforms<br><br>shopify plus   OMNITURE<br>BIGCOMMERCE   Google Analytics<br>bynder   Magento   mixpanel<br>Heap   WOOCOMMERCE   akeneo<br><br>https://www.visenze.com/discovery-suite/modules/catalog-manager/ |
| Claim 1.8 identifying one or more objects associated with the one or more captured content using Optical Character Recognition technology | As highlighted below, Myntra visual search powered with ViSenze's AI based visual recognition platform analyzes captured image content to identify visual elements and detect the presence of textual information (for e.g. other attributes) within images as part of its image understanding and quality assessment workflows. ViSenze's image analysis models are capable of recognizing text-related features (e.g., text presence in images), which can be inferred as OCR-related processing.<br><br>In the Myntra deployment, product images supplied by third-party sellers are processed by ViSenze's backend systems to identify visual objects and text-related elements within the images. ViSenze clearly performs visual recognition and image-based search for Myntra products.<br><br>**Product Related Information Below:**<br><br>Also, Myntra's Gen Z users who look for style inspiration from influencers and celebrities can do it easily across the Myntra catalog with the image search feature. Given the need for instant gratification, the speed, accuracy, and scale provided by the ViSenze platform help support Myntra's competitive advantage. |

26

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/wp-content/uploads/2023/10/ViSenze-Case-Study-Myntra.pdf |

27

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/ai-search-discovery/ |

28

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | https://www.visenze.com/discovery-suite/modules/catalog-manager/ |

29

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | categories<br><br>https://developers.visenze.com/catalogs/low_quality.pdf |
| Claim 1.9 transforming extracted data of the one or more identified objects from the different formats of the one or more captured content to a standardized format by stripping the one or more captured content for one or more details and uploading the one or more details with additional fields cataloging various items displayed in foregrounds and backgrounds of each of the one or more captured content using one or more active machine learning and artificial intelligence | As highlighted below, the Myntra integrated with ViSenze's AI-powered Discovery Suite transforms extracted visual and attribute data from captured content of different formats into standardized (for e.g. Smart Tagging), structured catalog metadata using active machine learning and artificial intelligence processes.<br><br>ViSenze converts image inputs into visual attributes such as style and color, then uses those standardized attributes to curate similar product collections and recommendations.<br><br>The system strips raw captured content (e.g., product images) to extract relevant details and enriches the content by uploading the extracted information as additional catalog fields, including multiple attributes representing different items detected within the image. These enrichment and normalization processes are performed in real time to support visual search, multi-search, and recommendation functionality.<br><br>**Product Related Information Below:**<br><br> Also, Myntra's Gen Z users who look for style inspiration from influencers and celebrities can do it easily across the Myntra catalog with the image search feature. Given the need for instant gratification, the speed, accuracy, and scale provided by the ViSenze platform help support Myntra's competitive advantage. |

30

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| processes in real time; | **How did ViSenze help Myntra** ViSenze enables Myntra to deliver a quick, seamless, and engaging search experience for its customers to find relevant products. By allowing Myntra's customers to find what they want faster using a photo, saved image, or screenshot, AI-powered Smart Visual Search helped Myntra unlock more revenue. In addition to a quicker product discovery process, Myntra leverages ViSenze's Discovery Suite to power its 'View Similar' carousel to curate a collection of similar items based on visual attributes like the style or color of the item end-users are looking at. This also supports better conversion when certain products are out of stock hence increasing revenue per user. https://www.visenze.com/wp-content/uploads/2023/10/ViSenze-Case-Study-Myntra.pdf |

31

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/smart-tagging/ <br><br> ViSenze's Smart Tagging explicitly converts raw visual inputs into structured attributes aligned to a standardized catalog schema. |

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/ai-search-discovery/ <br><br> https://www.visenze.com/discovery-suite/modules/catalog-manager/ |

33

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  |

34

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Visually Similar Product Recommendations**<br><br>Make recommendations based on what shoppers are seeing<br><br>Keep customers engaged and increase conversions with Visually Similar Product Recommendations.<br><br>Showcase more of your catalog, match your visitor's shopping intent and never worry about out-of-stock items.<br><br>Request Demo<br><br>https://www.visenze.com/discovery-suite/use-case/visually-similar-recommendations/ |
| Claim 1.10 searching the database, in response to the transformed extracted data, to identify one or more potential associated brand identifiers to the first unique user based at | As highlighted below, In the Myntra deployment, this enables identification of potential associated brand identifiers for a user based on both the transformed extracted data and user profile-related signals.<br><br>ViSenze's AI-powered Discovery Suite searches centralized catalog databases in response to transformed and standardized visual data to retrieve products and associated brand identifiers.<br>Further, ViSenze uses visual AI to understand shopper images and product catalogs. Smart tagging applies AI/ML to product data at scale, enriching product tags and making catalogs more searchable and recommendation-ready |

35

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| least in part on the first unique user profile and collected data from the one or more identified objects, the one or more identified objects received from the one or more third party content provider computing device systems; | The search process leverages extracted object-level attributes derived from third-party seller content and applies relevance, ranking, and recommendation logic that is influenced by user-specific context and interaction data.<br><br>**Product Related Information Below:**<br><br>Also, Myntra's Gen Z users who look for style inspiration from influencers and celebrities can do it easily across the Myntra catalog with the image search feature. Given the need for instant gratification, the speed, accuracy, and scale provided by the ViSenze platform help support Myntra's competitive advantage.<br><br>https://www.visenze.com/wp-content/uploads/2023/10/ViSenze-Case-Study-Myntra.pdf |

36

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  | <br><br>https://apps.apple.com/us/app/myntra-fashion-shopping-app/id907394059<br><br>4. You consent to share your name and contact details with the seller or brand to facilitate this service in accordance with the Privacy Notice. You may be required to share some additional personal data directly with the seller, Myntra shall not be responsible for any use or handling of your additional personal data shared with the seller or brand, and you acknowledge that such sharing is necessary for the fulfillment of the service. You should exercise caution before sharing any additional information with the seller.<br><br>https://www.myntraglobal.com/pages/terms-of-use |

37

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | • *Marketing and User Experience:* To the extent we use your data for marketing, you have the option to opt-out. We also conduct research and surveys to improve our offerings and may ask for additional demographic and profile data, which is entirely voluntary to provide. This includes attributes like your interests, household or lifestyle information, purchasing behaviour, and preferences. We use this data to tailor your experience at our Platform, providing you with content that we think you might be interested in and to display content according to your preferences. <br><br> https://www.myntra.com/privacypolicy <br><br> <br><br> https://www.visenze.com/ <br><br> |

38

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | https://www.visenze.com/why-visenze<br><br>4.2 Filters and text filters<br><br>To filter search results based on product metadata, provide a map of metadata key-values in the filters or text_filters parameters.<br><br>| Param | Filter query behaviour | Example |<br>|---|---|---|<br>| filters | The filter queries are treated as exact match conditions. Applies to String, Integer and Float type fields. | `filters=brand:my_brand` means the brand (String) value of the search results must be strictly equal to "my_brand". `filters=price:10,199` means the price (Integer) value of the search results must be strictly within the range between 10 to 199 inclusive. |<br>| text_filters | The filter queries are treated as partial match filters. Only applies to String type fields. | `text_flters=brand:my_brand` means the brand value of the search results can be any values containing "my_brand", such as "my_brand >> sub brand". |<br><br>https://pub.dev/packages/visenze_productsearch_sdk |

39

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | ## Catalog Manager  ### Easily manage data from all existing sources  Catalog Manager is a centralized source for all your product data. Quickly connect and synchronize your data from all existing sources, adapt it for all schema types and make it usable everywhere.  Learn More  https://www.visenze.com/discovery-suite/ |
| Claim 1.11 determining one or more potential associated brand identifiers to the first unique user from the one or more identified potential associated brand identifiers to determine a brand correlation between the at least one brand identifier and the one more potential associated brand identifiers to assist the first unique user in determining additional brands that have a | As highlighted below, Myntra's ViSenze-powered recommendation functions determine similar and complementary products based on visual attributes and model images. This supports correlation between products/brands and helps users discover additional brands/products with overlapping consumer interest. The system determines one or more potential associated brand identifiers for a user by analyzing previously identified brand-associated products and user interaction data. Using AI-driven recommendation logic, the system establishes correlations between brands based on shared consumer behavior and catalog attributes. These correlated brand identifiers are then presented to the user to assist in discovering additional brands that have overlapping consumer interest, thereby facilitating brand-level recommendations within the Myntra mobile application.  **Product Related Information Below:** |

40

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| consumer overlap; and |  https://apps.apple.com/us/app/myntra-fashion-shopping-app/id907394059 |

41

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://apps.apple.com/us/app/myntra-fashion-shopping-app/id907394059 4. You consent to share your name and contact details with the seller or brand to facilitate this service in accordance with the Privacy Notice. You may be required to share some additional personal data directly with the seller, Myntra shall not be responsible for any use or handling of your additional personal data shared with the seller or brand, and you acknowledge that such sharing is necessary for the fulfillment of the service. You should exercise caution before sharing any additional information with the seller. https://www.myntraglobal.com/pages/terms-of-use |

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/catalog-manager/ https://www.visenze.com/why-visenze/ |

43

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/smart-data/ <br><br> https://www.visenze.com/why-visenze/ |

44

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | 4.2 Filters and text filters<br><br>To filter search results based on product metadata, provide a map of metadata key-values in the filters or text_filters parameters.<br><br>Param / Filter query behaviour / Example<br><br>filters: The filter queries are treated as exact match conditions. Applies to String, Integer and Float type fields. — `filters=brand:my_brand` means the brand (String) value of the search results must be strictly equal to "my_brand". `filters=price:10,199` means the price (Integer) value of the search results must be strictly within the range between 10 to 199 inclusive.<br><br>text_filters: The filter queries are treated as partial match filters. Only applies to String type fields. — `text_flters=brand:my_brand` means the brand value of the search results can be any values containing "my_brand", such as "my_brand >> sub brand".<br><br>https://pub.dev/packages/visenze_productsearch_sdk |
| Claim 1.12 presenting at a display associated with the first unique user, data representing the one or more identified potential associated brand identifiers to provide a more accurate vantage point of a current market, the data representing the one or more identified potential associated brand identifiers provided as one or more user interface elements associated with the one or more identified potential associated | Myntra displays ViSenze-powered visual search and recommendation outputs as UI elements, including similar-item carousels and product recommendations, helping users evaluate current market alternatives.<br><br>ViSenze's platform treats "brand" as an explicit identifier within its product discovery stack: the SDK/API supports brand-based filters (e.g., filters=brand), and the retailers can "boost products from specific brands." These disclosures evidence that brand identifiers are represented in the underlying catalog metadata and are operationally used in database search/ranking and recommendation outputs.<br><br>**Product Related Information Below:** |

45

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| brand identifiers. | For driving complementary product recommendations, Myntra's 'Shop the Look' leverages ViSenze to automatically showcase more products from the model images supporting AOV growth. Myntra's image search traffic has grown by 35% over the last 12 months contributing significantly to conversions and revenue per user. In a fast-moving fashion industry with multiple brands, the ability to search for items solely by snapping a photo proves invaluable for Myntra. Without the need to describe fashion items in detail, it eliminates the frustration of using the right keywords to find the right products. This further smoothens the customer experience while overcoming language and dialect barriers in a diverse country like India. https://www.visenze.com/wp-content/uploads/2023/10/ViSenze-Case-Study-Myntra.pdf |

46

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://apps.apple.com/us/app/myntra-fashion-shopping-app/id907394059 |

47

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://apps.apple.com/us/app/myntra-fashion-shopping-app/id907394059  4. You consent to share your name and contact details with the seller or brand to facilitate this service in accordance with the Privacy Notice. You may be required to share some additional personal data directly with the seller, Myntra shall not be responsible for any use or handling of your additional personal data shared with the seller or brand, and you acknowledge that such sharing is necessary for the fulfillment of the service. You should exercise caution before sharing any additional information with the seller.  https://www.myntraglobal.com/pages/terms-of-use  **Techniques for Creating Personalized Search Results**  • **Behavioral Analysis:** Ecommerce platforms track user behavior, including search history, browsing patterns, and previous purchases, to understand individual preferences. For instance, Amazon's recommendation system analyzes browsing history and purchase behavior to suggest products aligned with users' interests.  • **Machine Learning Algorithms:** Employing machine learning algorithms enables platforms to predict user preferences based on historical data. By continuously learning from user interactions, these algorithms refine and personalize search results. For example, Netflix uses machine learning to suggest personalized movies or show recommendations based on viewing history and preferences.  • **Preference-based Filters:** Offering users the ability to customize search filters based on their preferences, such as size, color, price range, and brand, enhances the personalization aspect. This empowers users to refine search results according to their specific criteria, ensuring relevant outcomes.  • **User Profiling:** Creating detailed user profiles by gathering demographic information and user preferences helps in tailoring search results. For instance, Spotify curates personalized playlists based on user-defined preferences, music tastes, and listening habits.  https://www.visenze.com/blog/2024/01/10/how-can-retailers-build-search-that-increases-chances-of-conversion/ |

48

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  |  https://www.visenze.com/blog/2024/02/06/how-ai-recommendation-engines-are-changing-the-ecommerce/ https://www.visenze.com/discovery-suite/modules/smart-data/ |

49

| U.S. Patent No. 11,107,098 B2 [Claim] | Myntra Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | ### 4.2 Filters and text filters<br><br>To filter search results based on product metadata, provide a map of metadata key-values in the filters or text_filters parameters.<br><br>**Param** — **Filter query behaviour** — **Example**<br><br>**filters**: The filter queries are treated as exact match conditions. Applies to String, Integer and Float type fields. — `filters=brand:my_brand` means the brand (String) value of the search results must be strictly equal to "my_brand". `filters=price:10,199` means the price (Integer) value of the search results must be strictly within the range between 10 to 199 inclusive.<br><br>**text_filters**: The filter queries are treated as partial match filters. Only applies to String type fields. — `text_flters=brand:my_brand` means the brand value of the search results can be any values containing "my_brand", such as "my_brand >> sub brand".<br><br>https://pub.dev/packages/visenze_productsearch_sdk<br><br>**Easy to fine-tune**<br>Our AI technology draws on product meta-data to generate the most accurate and helpful results. Simple customizations let retailers:<br><br>▸ Show products in a certain price range<br>▸ Boost products from specific brands<br>▸ Hide out-of-stock products<br><br>https://www.visenze.com/why-visenze/ |

50